UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

> The Court acknowledges the Stipulation to Dismiss, dkt. 21.
> JPH, 2/4/2020
> Distribution via ECF.

| | |
|---|---|
| RHONDA JONES, | ) |
| Plaintiff, | ) |
| | ) Case No: 1:19-cv-1494-JPH-TAB |
| vs | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Rhonda Jones, by and through counsel, Ashley D. Marks, and Defendant, Life Insurance Company of North America, by counsel, Jennifer Kalas, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved with prejudice, each party to bear their own costs.

Respectfully submitted,

\s\ Ashley D. Marks
Ashley D. Marks
Charles D. Hankey Law Office, PC
434 E. New York Street
Indianapolis, IN 46202

\s\ Jennifer Kalas
Jennifer Kalas
Hinshaw & Culbertson, LLP
322 Indianapolis Blvd, Suite 201
Schererville, IN 46375